Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 7761 | **DATE** | 11/15/2002 |
| **CASE TITLE** | Christopher Richee vs. Ernesto Velasco, et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Order. Accordingly the November 22 deadline set by the Order for the submission of a revised complaint is extended to December 23, 2002.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | |
|---|---|---|---|
| | No notices required. | | number of notices |
| | Notices mailed by judge's staff. | | NOV 18 2002 date docketed |
| | Notified counsel by telephone. | | |
| ✓ | Docketing to mail notices. | | docketing deputy initials |
| | Mail AO 450 form. | | |
| | Copy to judge/magistrate judge. | | |
| SN | courtroom deputy's initials | Date/time received in central Clerk's Office | date mailed notice mailing deputy initials |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHRISTOPHER RICHEE,         )
                            )
            Plaintiff,      )
                            )
      v.                    )   No.  02 C 7761
                            )
ERNESTO VELASCO, et al.,    )
                            )
            Defendants.     )

MEMORANDUM ORDER

Confronted by an impossibly prolix 85-page handwritten 42 U.S.C. §1983 ("Section 1983") Complaint[1] containing 329 paragraphs, as authored by pro se plaintiff Christopher Richee ("Richee"), this Court issued an October 31, 2002 memorandum order ("Order") that gave Richee until November 22 to file a revised complaint that would meet the directives of Fed. R. Civ. P. ("Rule") 8(a) that mandate "a short and plain statement" of both the complaint's jurisdictional grounds and the pleader's claim for relief.  Instead of doing so, Richee (who is not a stranger to federal litigation--earlier this year this Court has accepted the filing of, and has appointed pro bono counsel to represent Richee in, another of his lawsuits, Richee v. Sheahan, No. 02 C 4272) has submitted a 4-1/2 page handwritten response explaining his unfamiliarity with federal practice and procedure, his limited access to a law library, the imminent trial of his

---

[1] In addition to the Section 1983 claims, the Complaint appeared to include state law claims under the auspices of 28 U.S.C. §1367(a).



criminal case and a number of other factors that he says make it difficult for him to comply with the Order.

As Order at 2 made plain, this Court recognizes and honors the directive of <u>Haines v. Kerner</u>, 404 U.S. 519, 520-21 (1972)(per curiam) that calls for a generous reading of pro se efforts. But Richee cannot fairly thrust the burden of carving his mountainous effort down to a reasonable size either on this Court or on some appointed counsel. Instead Richee must do the best that he can to conform to the general standards that are applicable to all litigants, and this Court will then be in a better position to exercise an informed judgment as to appointing or not appointing pro bono counsel to represent him in <u>this</u> case (a request set out at page 4 of Richee's current filing).

Accordingly the November 22 deadline set by the Order for the submission of a revised complaint is extended to December 23, 2002. As before, any such revised complaint will be treated as having been filed on the date when Richee's original filing was received (to avoid any added statute of limitations problems)--but if Richee does not comply with the requirement of this modified order, this Court will be constrained to consider a without-prejudice dismissal of both the existing Complaint and this action.

                                                          _____
                                                          Milton I. Shadur
                                                          Senior United States District Judge

Date: November 15, 2002